UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, </br></br>Plaintiff, </br></br>v. </br></br>DOE, subscriber assigned IP Address 67.175.201.127 (Formerly Doe No. 8), </br></br>Defendant. | Case No. 14-cv-6060 </br></br>Judge John W. Darrah |

**ORDER**

Initial status hearing set for October 8, 2014, at 9:30 a.m.

Date: 8/14/2014                                   /s/ John W. Darrah