# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC.

        Plaintiff,

v.

DOE, subscriber assigned IP Address 67.175.201.127 (Formerly Doe No. 8)

        Defendant.

Case No.: 1:14–cv–06060

Honorable John W. Darrah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2014:

    MINUTE entry before the Honorable John W. Darrah: A NOTICE of Voluntary Dismissal having been filed, this case is hereby closed. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.